UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:22-cv-61950

**SAMER KHASHOUF**,

　Plaintiff,

v.

**UNITED STATES OF AMERICA,**

　Defendants

_____/

## COMPLAINT

**COMES NOW** the Plaintiff, **SAMER KHASHOUF**, by and through the undersigned counsel, and sues Defendant, **UNITED STATES OF AMERICA**, and in support thereof, would allege as follows:

## JURISDICTION

1. This action is brought pursuant to the Federal Tort Claims Act under 28 U.S.C. §§ 1346(b), 2401(b), and 2671-22680.

2. Plaintiff has complied with all conditions precedent to filing this lawsuit against the UNITED STATES OF AMERICA.  More specifically:

    a. On or about September 6, 2020, Plaintiff, **SAMER KHASHOUF**, complied with the provisions of the Federal Tort Claims Act by submitting an Administrative Claim for the claims set forth below to the United States Postal Service via certified, US Mail to: US Army Corps of Engineers, 4400 PGA Blvd., #203, Palm Beach FL 33410.

    b. To date, no denial, or any other response, has been received from the United States

Government, and claimant may therefore institute action upon the **UNITED STATES OF AMERICA.** *28 U.S.C. § 2401(a) and (b)*

3. Venue is proper within this district under 28 U.S.C. § 1402(b) as the events giving rise to Plaintiff's cause of action occurred in Fort Lauderdale, Broward County, Florida, in the Middle District of Florida.

## PARTIES

4. The Plaintiff, **SAMER KHASHOUF**, was at all times material hereto, a resident of Broward County, Florida and is *sui juris*.

5. At all times material hereto, upon information and belief, Rodney Kutei, was an employee of the federal government of the **UNITED STATES OF AMERICA,** specifically, the Army Corps of Engineers, and was acting within the course and scope of his employment with the Army Corps of Engineers.

6. At all times material hereto, the Defendant, **UNITED STATES OF AMERICA**, was and still is a Governmental entity that owned, operated, and/or maintained a 2016 Ford motor vehicle, VIN: 1FD8X3H65GEB06736.

7. The **UNITED STATES OF AMERICA** is the appropriate defendant under the Federal Tort Claim Act, and is subject to no exceptions thereunder.

## FACTS

8. That on or about May 8, 2016, at approximately 4:00 P.M., Plaintiff, **SAMER KHASHOUF**, was driving his vehicle northbound on South Federal Highway in Broward County, Florida.

9. That on or about May 8, 2016, at approximately 4:00 P.M., while operating the Ford motor vehicle, as referenced in Paragraph 6, northbound on South Federal Highway in

Broward County, Florida, with the express knowledge and consent Defendant, **UNITED STATES OF AMERICA**, Rodney Kutei did so carelessly operate the aforesaid vehicle, to wit: improperly merging into the lane of travel in which Plaintiff, **SAMER KHASHOUF,** was traveling so as to cause a collision with Plaintiff's vehicle.

10. That as a result of the collision, the Plaintiff, **SAMER KHASHOUF**, sustained serious bodily injuries.

### **NEGLIGENCE AGAINST UNITED STATES OF AMERICA**

The Plaintiff, **SAMER KHASHOUF**, re-affirms and re-alleges each of the allegations contained in paragraphs 1 through 10, as if they were fully and completely set forth herein, and further would allege as follows:

11. At all times material hereto, Rodney Kutei, had a duty to operate the Ford vehicle in a safe and prudent manner and to follow all traffic rules, regulations, ordinances, and laws.

12. At the time and place of the motor vehicle collision detailed above, Rodney Kutei, committed one or more of the following negligent acts or omissions:

    a. Carelessly and negligently operating a motor vehicle;

    b. Making an improper lane change;

    c. Violating Plaintiff's right of way;

    d. Driving recklessly and carelessly;

    e. Failing to maintain control over the motor vehicle he was driving; and/or

    f. Failing to operate her motor vehicle in a careful and prudent manner.

13. That as the owner of the aforesaid Ford motor vehicle, the **UNITED STATES OF AMERICA**, is liable to the Plaintiff for the negligent operation of said vehicle by, Rodney Kutei.

14. That as a direct and proximate result of the above-referenced negligent acts and omissions, Plaintiff, **SAMER KHASHOUF**, was injured in and around his body and extremities

and/or aggravated a pre-existing condition; suffered pain therefrom; suffered physical handicap; suffered disfigurement; suffered mental pain and suffering; suffered loss of income in the past and will do so in the future; suffered loss for the capacity for the enjoyment of life; and/or incurred medical expenses for the care and treatment of her injuries. Said injuries are permanent and are continuing in nature, and the Plaintiff will continue to suffer these losses and impairments in the future.

**WHEREFORE**, the Plaintiff, **SAMER KHASHOUF**, prays for entry of a judgment against the Defendant, **UNITED STATES OF AMERICA**, as follows: (a) in the amount of $2,000,000.00; (b) costs of suit; (c) post-judgment interest; (d) such other relief as the Court may deem just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2022, that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**FENSTERSHEIB LAW GROUP, P.A.**
520 West Hallandale Beach Blvd.
Hallandale Beach, Florida 33009
Telephone: (954) 456-2488
Facsimile: (954) 867-1844

*/s/ Jason R. Manocchio*
Jason R. Manocchio, Esquire
Florida Bar No: 92477
**Email Addresses for service Pursuant to Fla. R. Jud. Admin 2.516**
Primary: jason@fenstersheib.com
Secondary: jm-pleadings@fenstersheib.com